882

No. 436, Misc. WELLS v. PATE, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 437, Misc. CONVERSE v. JOSLIN. Appellate Department, Superior Court of California, Los Angeles County. Certiorari denied.

No. 438, Misc. PENNSYLVANIA EX REL. WHALEN v. CAVELL, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 445, Misc. DULBERG v. SCOVILL MANUFACTURING Co. ET AL. C. A. 2d Cir. Certiorari denied. Petitioner pro se. Nichol M. Sandoe, Thomas F. Reddy, Jr. and George B. Finnegan, Jr. for respondents.

No. 455, Misc. FINLEY v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 463, Misc. SEPULVEDA v. COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner pro se. J. F. Brauer, Assistant Attorney General of Colorado, for respondent.

No. 464, Misc. RUSSELL v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 469, Misc. AZERIA v. DICKSON, WARDEN. Supreme Court of California. Certiorari denied.

No. 471, Misc. FREEMAN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 442, Misc. WELDON v. IOWA ET AL. Petition for writ of certiorari and for other relief to the Supreme Court of Iowa denied.